AO 245B    (Rev. 06/05) Judgment in Criminal Case
Sheet 2 — Imprisonment

Judgment — Page __2__ of __7__

DEFENDANT: James H. Gallaher
CASE NUMBER: 2:05CR00224-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:    72 months.

☑ The court makes the following recommendations to the Bureau of Prisons:

1) participation in BOP Inmate Financial Responsibility Program;
2) appropriate medical treatment for diagnosed health condition;
3) credit for time served since 4/4/06.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

   ☐ at _____ ☐ a.m. ☐ p.m.    on _____ .

   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐ before 2 p.m. on _____ .

   ☐ as notified by the United States Marshal.

   ☐ as notified by the Probation or Pretrial Services Office.

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 1 8 2009

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

## RETURN

I have executed this judgment as follows:

Defendant delivered on ___6/10/09___ to ___FCI FLORENCE___

at ___6:00 pm___, with a certified copy of this judgment.

_J. M. Witzen, Warden_
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL
_JSOP_

AO 245B    (Rev. 06/05) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

| | |
|---|---|
| UNITED STATES OF AMERICA<br>**V.**<br>James H. Gallaher<br><br>a/k/a Edward J. Balbino; James H. Callaher;<br>Cousin; Jaimie H. Gallaher; James Howard Gallaher, Jr.; ☒ | **JUDGMENT IN A CRIMINAL CASE**    FILED IN THE<br>                  U.S. DISTRICT COURT<br>Case Number:   2:05CR00224-001   EASTERN DISTRICT OF WASHINGTON<br>USM Number:   06937-085     **MAY 04 2009**<br><br>   Stephen R. Hormel        JAMES R LARSEN, CLERK<br>   Defendant's Attorney                 DEPUTY<br>                         YAKIMA, WASHINGTON |

☐

**THE DEFENDANT:**

☑ pleaded guilty to count(s)    Involuntary Manslaughter, a lesser included offense of Count 1 of the Indictment

☐ pleaded nolo contendere to count(s)   
which was accepted by the court.

☐ was found guilty on count(s)   
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. §§ 1112(a),<br>1151 and 1153 | Involuntary Manslaughter, a lesser included offense of Murder | 04/14/91 | 1 |

     The defendant is sentenced as provided in pages 2 through    **7**    of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)   

☐ Count(s)      ☐ is    ☐ are   dismissed on the motion of the United States.

     It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

4/28/2009
Date of Imposition of Judgment

Signature of Judge

The Honorable Lonny R. Suko      Judge, U.S. District Court
Name and Title of Judge

5/4/09
Date