PROB 12C
(7/93)

Report Date: March 8, 2012

## United States District Court

for the

### Eastern District of Washington

Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 0 8 2012

JAMES R. LARSEN, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

Name of Offender: James H. Gallaher, Jr.    Case Number: 2:05CR00224-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, U.S. District Judge

Date of Original Sentence: April 28, 2009

Original Offense:    Involuntary Manslaughter, 18 U.S.C. §§ 1112(a), 1151, and 1153

Original Sentence:   Prison - 72 Months;         Type of Supervision: Supervised Release
                     TSR - 36 Months

Asst. U.S. Attorney: March 8, 2012             Date Supervision Commenced: June 24, 2011

Defense Attorney:    Stephen R. Hormel         Date Supervision Expires: June 23, 2014

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #5**: The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons.<br><br>**Supporting Evidence**: Since the commencement of the defendant's term of supervised release, he has failed to secure employment. |
| 2 | **Special Condition #25**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: James Gallaher failed to report for urinalysis testing as required on March 5, 2012. |
| 3 | **Special Condition #26**: You shall abstain from alcohol and submit to testing (including urinalysis and breathalyzer), as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from this substance. |

Prob12C
Re: Gallaher, James H.
March 8, 2012
Page 2

**Supporting Evidence**: On March 7, 2012, Mr. Gallaher submitted to a breathalyzer test at Okanogan Behavioral Health Care. The test yielded positive findings for alcohol and reflected the defendant's blood alcohol content level to be .107.

The U.S. Probation Office respectfully recommends that the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    3/8/2012

s/Richard Law

Richard Law
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

3/8/12
Date