PROB 12C
(7/93)

Report Date: March 16, 2012

# United States District Court

for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 20 2012

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

Name of Offender: James H. Gallaher          Case Number: 2:05CR00224-001 –LRS

Address of Offender: Spokane County Jail: 1100 W. Mallon, Spokane, WA 99260

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, U.S. District Judge

Date of Original Sentence: 4/28/2009

Original Offense:      Involuntary Manslaughter, 18 U.S.C. § 1112(a), 1151, and 1153

Original Sentence:    Prison - 72 months           Type of Supervision: Supervised Release
                     TSR - 36 months

Asst. U.S. Attorney:  Joseph H. Harrington         Date Supervision Commenced: 6/24/2011

Defense Attorney:     Amy Rubin                    Date Supervision Expires: 6/23/2014

---

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 3/8/2012.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: On March 8, 2012, James Gallaher assaulted Suzette Aripa in Nespelem, Washington. Specifically, he choked her to the point where she almost lost consciousness. Another individual intervened, which allowed Ms. Aripa to escape from the defendant. There is a pending investigation by Tribal and Federal authorities regarding this incident. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    03/16/2012

s/Richard Law

Richard Law
U.S. Probation Officer

Prob12C
Re: Gallaher, James H
March 16, 2012
Page 2

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Other

_____
Signature of Judicial Officer

3/20/12
Date