AO 245D    (Rev. 09/11) Judgment in a Criminal Case for Revocations
           Sheet 2— Imprisonment

Judgment — Page __3__ of __6__

DEFENDANT: James H. Gallaher, Jr.
CASE NUMBER: 2:05CR00224-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of:

24 months, credit time served.

☐ The court makes the following recommendations to the Bureau of Prisons:

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
   ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   ☐ before 2 p.m. on _____ .
   ☐ as notified by the United States Marshal.
   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 0 3 2012

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

I have executed this judgment as follows:

Defendant delivered on __5-25-2012__ to __VVM__ at __Victorville, CA__ with a certified copy of this judgment.

_Linda T. McGrew, Warden_
~~UNITED STATES MARSHAL~~

By _R. Hamilton, CSO_
~~DEPUTY UNITED STATES MARSHAL~~

⁂AO 245D   (Rev. 09/11) Judgment in a Criminal Case for Revocations
Sheet 1   Revised by WAED - 10/11

FILED IN THE
US DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 19 2012

JAMES R. LARSEN, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

# UNITED STATES DISTRICT COURT
Eastern District of Washington

UNITED STATES OF AMERICA
v.
James H. Gallaher, Jr.

**Judgment in a Criminal Case**
(For Revocation of Probation or Supervised Release)

Case No.  2:05CR00224-001
USM No.  06937-085

Amy H Rubin
Defendant's Attorney

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)   SC# 5;SPC#25;SPC#26;MC#2  of the term of supervision.

☐ was found in violation of condition(s)   _____  after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Defendant failed to secure employment. | 03/08/2012 |
| 2 | Defendant failed to report for urinalysis testing. | 03/05/2012 |
| 3 | Defendant submitted a positive breathalyzer test for alcohol. | 03/07/2012 |

The defendant is sentenced as provided in pages 2 through __6__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s)  _____  and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: **6458**

Defendant's Year of Birth:   **1958**

City and State of Defendant's Residence:
Nespelem, WA

04/17/2012
Date of Imposition of Judgment

_[signature]_
Signature of Judge

Honorable Lonny R. Suko    Judge, U.S. District Court
Name and Title of Judge

4/19/12
Date

RECEIVED
DEC 03 2012
CLERK, U.S. DISTRICT COURT
SPOKANE, WASHINGTON

AO 245D   (Rev. 09/11) Judgment in a Criminal Case for Revocations
          Sheet 1A

Judgment—Page __2__ of __6__

DEFENDANT: James H. Gallaher, Jr.
CASE NUMBER: 2:05CR00224-001

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 4 | Defendant assaulted another person | 03/08/2012 |